UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

In re:  Dwayne Lamont Woody       Case Number: 04-34141
                                  Chapter :  13

REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____             **Amount of Dividend**
**Dwayne Lamont Woody**                    $ 46.77
**113 North Elm Avenue**
**Highland Springs, VA  23075**

Dated: **November 25, 2009**           \S\ Robert E. Hyman
                                       _____
                                       **(Signature of Trustee)**

                                       **Robert E. Hyman**
                                       **Standing Chapter 13 Trustee**
                                       **P.O. Box 1780**
                                       **Richmond, VA. 23218-1780**